IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| BERNICE MUHAMMAD, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 13-0617-WS-M |
| HSBC BANK USA, NA, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice** because of plaintiff's failure to pay the filing fee or to submit a viable motion to proceed without prepayment of fees and costs; the failure of her complaint to conform to fundamental pleading requirements; and her pattern of failure to prosecute and noncompliance with court orders.

DONE and ORDERED this 6th day of August, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE